B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Maryland

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**207 Redwood LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-1618986** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5550 Sterrett Place, Suite 312**<br>**Columbia, MD**<br>ZIP Code **21044** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Howard** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other _____

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **207 Redwood LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **207 Redwood LLC** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____  Signature of Debtor  X _____  Signature of Joint Debtor  _____  Telephone Number (If not represented by attorney)  _____  Date | X _____  Signature of Foreign Representative  _____  Printed Name of Foreign Representative  _____  Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X **/s/ James A. Vidmar**  Signature of Attorney for Debtor(s)  **James A. Vidmar 00271**  Printed Name of Attorney for Debtor(s)  **Logan, Yumkas, Vidmar & Sweeney, LLC**  Firm Name  **2530 Riva Road, Suite 400**  **Annapolis, MD 21401**  Address  **Email: jvidmar@loganyumkas.com**  **443-569-5977  Fax: 410-571-2798**  Telephone Number  **August 6, 2010**  Date  *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.  _____  Printed Name and title, if any, of Bankruptcy Petition Preparer  _____  Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)  _____  Address  X _____  _____  Date  Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.  Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.  X **/s/ Annie Kim**  Signature of Authorized Individual  **Annie Kim**  Printed Name of Authorized Individual  **on behalf of 207 Redwood Management LLC, Managing Member**  Title of Authorized Individual  **August 6, 2010**  Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.  *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Maryland

In re   **207 Redwood LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Koam Construction d/b/a Addus Supply**<br>**711 West Main Street**<br>**Lansdale, PA 19446** | **Koam Construction d/b/a Addus Supply**<br>**711 West Main Street**<br>**Lansdale, PA 19446** | **trade debt** | | **1,000,000.00** |
| **Hyundai**<br>**2711-Q Dorr Avenue**<br>**Fairfax, VA 22031** | **Hyundai**<br>**2711-Q Dorr Avenue**<br>**Fairfax, VA 22031** | **trade debt** | | **250,000.00** |
| **REW Materials**<br>**2001 Race Street**<br>**Baltimore, MD 21230** | **REW Materials**<br>**2001 Race Street**<br>**Baltimore, MD 21230** | **trade debt** | | **133,970.06** |
| **Megamex Construction**<br>**6616 Vincent Lane, Apartment 303**<br>**Baltimore, MD 21215** | **Megamex Construction**<br>**6616 Vincent Lane, Apartment 303**<br>**Baltimore, MD 21215** | **trade debt** | | **125,000.00** |
| **Design Glass**<br>**18761 North Frederick Road, HH**<br>**Gaithersburg, MD 20879** | **Design Glass**<br>**18761 North Frederick Road, HH**<br>**Gaithersburg, MD 20879** | **trade debt** | | **112,850.00** |
| **Clear Choice Window**<br>**2030 Powers Ferry Road, Suite 110**<br>**Atlanta, GA 30339** | **Clear Choice Window**<br>**2030 Powers Ferry Road, Suite 110**<br>**Atlanta, GA 30339** | **trade debt** | | **100,000.00** |
| **City of Baltimore**<br>**Department of Finance**<br>**200 Holliday Street**<br>**Baltimore, MD 21202** | **City of Baltimore**<br>**Department of Finance**<br>**200 Holliday Street**<br>**Baltimore, MD 21202** | **2010-2011 taxes** | | **90,497.78** |
| **Boblits**<br>**6925 Olive Damsel Court**<br>**Hughesville, MD 20637** | **Boblits**<br>**6925 Olive Damsel Court**<br>**Hughesville, MD 20637** | **trade debt** | | **81,600.00** |
| **DS Pipe**<br>**P. O. Box 6367**<br>**Baltimore, MD 21230** | **DS Pipe**<br>**P. O. Box 6367**<br>**Baltimore, MD 21230** | **trade debt** | | **71,898.00** |
| **Trane**<br>**P. O. Box 406469**<br>**Atlanta, GA 30384-6469** | **Trane**<br>**P. O. Box 406469**<br>**Atlanta, GA 30384-6469** | **trade debt** | | **68,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **207 Redwood LLC**                                                Case No.
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **LJ Brossoit** 9512 Pulaski Highway Middle River, MD 21220 | **LJ Brossoit** 9512 Pulaski Highway Middle River, MD 21220 | trade debt | | 65,000.00 |
| **Global Insulation** 8542 Yoder Street Manassas, VA 20110 | **Global Insulation** 8542 Yoder Street Manassas, VA 20110 | trade debt | | 63,565.13 |
| **Duron Paint** 11 South Central Avenue Baltimore, MD 21202-4611 | **Duron Paint** 11 South Central Avenue Baltimore, MD 21202-4611 | trade debt | | 60,881.33 |
| **Diamond Iron Works** 1925 Hope Street Baltimore, MD 21218 | **Diamond Iron Works** 1925 Hope Street Baltimore, MD 21218 | trade debt | | 60,000.34 |
| **Washington Fire Sprinkler** 15447 Arnold Palmer Drive Haymarket, VA 20169 | **Washington Fire Sprinkler** 15447 Arnold Palmer Drive Haymarket, VA 20169 | trade debt | | 54,256.00 |
| **HRH Construction** 3509 Robert E. Lee Place Alexandria, VA 22306 | **HRH Construction** 3509 Robert E. Lee Place Alexandria, VA 22306 | trade debt | | 53,969.77 |
| **US Elevator, Inc.** 26 Law Drive Fairfield, NJ 07004 | **US Elevator, Inc.** 26 Law Drive Fairfield, NJ 07004 | trade debt | | 50,400.00 |
| **Chesapeake System** P. O. Box 8329 Elkridge, MD 21075 | **Chesapeake System** P. O. Box 8329 Elkridge, MD 21075 | trade debt | | 50,000.00 |
| **Engineered Piping Products** 6317 Arundel Cove Avenue Curtis Bay, MD 21226 | **Engineered Piping Products** 6317 Arundel Cove Avenue Curtis Bay, MD 21226 | trade debt | | 41,939.64 |
| **Trigen** 1400 Ridgely Street Baltimore, MD 21230 | **Trigen** 1400 Ridgely Street Baltimore, MD 21230 | trade debt | | 40,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the on behalf of 207 Redwood Management LLC, Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 6, 2010**                         Signature  **/s/ Annie Kim**
                                                            **Annie Kim**
                                                            **on behalf of 207 Redwood Management LLC,**
                                                            **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Maryland

In re    **207 Redwood LLC**            Case No.
                        Debtor(s)        Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the on behalf of 207 Redwood Management LLC, Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 6, 2010**           **/s/ Annie Kim**
                                          **Annie Kim/on behalf of 207 Redwood Management LLC,
Managing Member**
                                          Signer/Title

Accessible Construction
4275 Hunting Creek Road
Huntingtown, MD 20639


Alavaro Insulation
c/o Koam Construction
711 West Main Street
Lansdale, PA 19446


American Hintech
1930 West 2300 South
Salt Lake City, UT 84119


ARI
5906 Park Heights Avenue, Suite 107
Baltimore, MD 21215


Baltimore Door
2201 Halethorpe Farms Road
Halethorpe, MD 21227


BB&T Bank
1909 K Street NW
Washington, DC 20006


BFPE
P. O. Box 630067
Baltimore, MD 21263


Boblits
6925 Olive Damsel Court
Hughesville, MD 20637


Capital Door
774 Corporate Circle
New Cumberland, PA 17070

Carroll Fuel
2700 Loch Raven Road
Baltimore, MD 21218


Chemtreat, Inc.
4461 Cox Road
Glen Allen, VA 23060


Chesapeake System
P. O. Box 8329
Elkridge, MD 21075


Chutes
4400 Austin Lane
White Plains, MD 20695


City of Baltimore
Department of Finance
200 Holliday Street
Baltimore, MD 21202


Clear Choice Window
2030 Powers Ferry Road, Suite 110
Atlanta, GA 30339


Climate Master
P. O. Box 973208
Dallas, TX 75397-3208


Comptroller of Maryland
301 West Preston Street
Suite 310
Baltimore, MD 21201


Contract Hotel Product
3107 Bennington Court
Baldwin, MD 21013

Derr Flooring
P. O. Box 912
Willow Grove, PA 19090


Design Glass
18761 North Frederick Road, HH
Gaithersburg, MD 20879


Diamond Iron Works
1925 Hope Street
Baltimore, MD 21218


Dixie Sheet Metal
111 Gordon Road
Falls Church, VA 22046-4689


DS Pipe
P. O. Box 6367
Baltimore, MD 21230


Duron Paint
11 South Central Avenue
Baltimore, MD 21202-4611


Engineered Piping Products
6317 Arundel Cove Avenue
Curtis Bay, MD 21226


Exquisite Supply
P. O. Box 438
Windermere, FL 34786


Ferguson
13890 Lowe Street
Chantilly, VA 20151-3213

```
Fidelity Engineering Corporation
P. O. Box 2500
Sparks Glencoe, MD 21152


Floors Etc.
10709 Gilroy Road, Suite 150
Hunt Valley, MD 21031


Free State Steel
P. O. Box 64869
Baltimore, MD 21264-4869


Global Insulation
8542 Yoder Street
Manassas, VA 20110


Grainger
Dept. 869756122
Palatine, IL 60038-0001


H.B. Products Inc.
4200 Forbes Boulevard, Suite 114
Lanham, MD 20706


Hilti
P. O. Box 382002
Pittsburgh, PA 15250-8002


HRH Construction
3509 Robert E. Lee Place
Alexandria, VA 22306


Hyundai
2711-Q Dorr Avenue
Fairfax, VA 22031
```

Koam Construction d/b/a Addus Supply
711 West Main Street
Lansdale, PA 19446


L&R Associates
P. O. Box 68
Hatfield, PA 19440


LJ Brossoit
9512 Pulaski Highway
Middle River, MD 21220


Louis J. Ebert, Esquire
Rosenberg Martin Greenberg, LLP
25 South Charles Street, Suite 2115
Baltimore, MD 21201


Maisel Brothers
P. O. Box 267
Glen Burnie, MD 21060


Mastech Engineering, Inc.
19204 Sherwood Green Way
Gaithersburg, MD 20877-4446


Master Piece
5112 B Sunnyside Avenue
Beltsville, MD 20705


Megamex Construction
6616 Vincent Lane, Apartment 303
Baltimore, MD 21215


Millstone
9800-B Fallard Terrace
Upper Marlboro, MD 20772-6710

Northeastern Supply
P. O. Box 630209
Baltimore, MD 21263


Onity
2232 Northmont Parkway, Suite 100
Duluth, GA 30096


REW Materials
2001 Race Street
Baltimore, MD 21230


Roberts Oxygen Company, Inc.
P. O. Box 5507
Rockville, MD 20855


Supplies Unlimited
P. O. Box 7370
Halethorpe, MD 21227


Trane
P. O. Box 406469
Atlanta, GA 30384-6469


Triangle Fastener Corporation
4308 Solutions Center
Chicago, IL 60677-4003


Trigen
1400 Ridgely Street
Baltimore, MD 21230


United Crane
2002 Graves Court
Dundalk, MD 21222-5598

US Elevator, Inc.
26 Law Drive
Fairfield, NJ 07004


Venmar
SDS-12-2298
Minneapolis, MN 55486-2298


Waldron of Maryland-Aire
P. O. Box 72230
Rosedale, MD 21237


Ward-Boland Associates
P. O. Box 389
Owings Mills, MD 21117-0389


Washington Fire Sprinkler
15447 Arnold Palmer Drive
Haymarket, VA 20169


Window Master
5176 Spring Avenue
Shady Side, MD 20764

## United States Bankruptcy Court
### District of Maryland

In re   **207 Redwood LLC**  ,
Debtor

Case No. _____

Chapter  **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Andrew Walsh and Yun Sook Choi**<br>**9208 Dellwood Drive**<br>**Vienna, VA 22180** | | | **Class A member** |
| **Ann Feng Cheung**<br>**885 Massachusetts Avenue, #6**<br>**Cambridge, MA 02139** | | | **Class A member** |
| **Behzad Assadzadeh**<br>**6805 Compton Heights Circle**<br>**Clifton, VA 20124** | | | **Class A member** |
| **Cam-Binh Lam**<br>**10408 Whitehead Street**<br>**Fairfax, VA 22030** | | | **Class A member** |
| **Cao Jian Qin and Yong Jing Jin**<br>**4 Indian Hills Court**<br>**Derwood, MD 20855-2630** | | | **Class A member** |
| **Cheng Chung Chu**<br>**5611 Summer Oak Way**<br>**Burke, VA 22015** | | | **Class A member** |
| **Chingchih Chao and Bruce Mao**<br>**6309 Velvet Path**<br>**Columbia, MD 21044** | | | **Class A member** |
| **Christophe Y. Lee**<br>**6340 Amherst Avenue**<br>**Columbia, MD 21046** | | | **Class A member** |
| **Daniel Y. Om**<br>**8313 Fox Run**<br>**Potomac, MD 20854** | | | **Class A member** |
| **Dong Ok Choi**<br>**3759 Pickett Road**<br>**Fairfax, VA 22031** | | | **Class A member** |
| **Doo Yun Park and David Yun Park**<br>**10404 Bit and Spur Lane**<br>**Potomac, MD 20854** | | | **Class A member** |

**5**     continuation sheets attached to List of Equity Security Holders

In re   **207 Redwood LLC**                                        ,   Case No. _____
                          **Debtor**

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dwight D. Im and Hae Kyung Ko**<br>**803 Hillstad Drive**<br>**Lutherville, MD 21093** | | | **Class A member** |
| **ENJ Trading Inc.**<br>**100 Needle Pine Lane**<br>**Annapolis, MD 21401** | | | **Class A member** |
| **Eun O. Kim**<br>**17914 Shotley Bridge Place**<br>**Olney, MD 20832** | | | **Class A member** |
| **Fun Chan**<br>**14609 Donegal Court**<br>**Bowie, MD 20721** | | | **Class A member** |
| **Gyea Sook Kim**<br>**1567 Templeton Place**<br>**Rockville, MD 20850** | | | **Class A member** |
| **Hai Young Ahn and Phillip Kyoung Ahn**<br>**1734 Archers Glen**<br>**Sykesville, MD 21784** | | | **Class A member** |
| **Hai-Ming Wu**<br>**14 Belair Road**<br>**Norwalk, CT 06850** | | | **Class A member** |
| **Helen Won and Christopher Won**<br>**7 Yellow Barn Court**<br>**Pikesville, MD 21208** | | | **Class A member** |
| **Hyung Mo Lim and Joum Boon Lim**<br>**6004 Georgetown Court**<br>**Clarksville, MD 21029** | | | **Class A member** |
| **Indian Creek Run LLC**<br>**251 South Pickett Street, #301**<br>**Alexandria, VA 22304** | | | **Class A member** |
| **Jee S. Kim**<br>**4845 Royal Coachman**<br>**Elkridge, MD 21075** | | | **Class A member** |
| **JenCarCo., Inc.**<br>**508 Bayside Drive**<br>**Stevensville, MD 21666** | | | **Class A member** |
| **Kan Chang and Su-Hwa Chang**<br>**11311 Palatine Drive**<br>**Potomac, MD 20854** | | | **Class A member** |

Sheet __1__ of __5__ continuation sheets attached to the List of Equity Security Holders

In re  **207 Redwood LLC**,   Case No. _____
                               Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Karen Y. Man**<br>**2230 George C. Marshall Drive, #703**<br>**Falls Church, VA 22043** | | | **Class A member** |
| **Kee Cheung Cheung**<br>**7584 Lindberg Drive**<br>**Alexandria, VA 22306** | | | **Class A member** |
| **Ken Moy and Raelynn Moy**<br>**4676 Puente Plaze**<br>**Santa Barbara, CA 93110** | | | **Class A member** |
| **Kevin Cheung**<br>**6413 Horseshoe Road**<br>**Clinton, MD 20735** | | | **Class A member** |
| **Ki Nyoung Lee and Sun Hi Lee**<br>**9806 Sorrel Avenue**<br>**Potomac, MD 20854** | | | **Class A member** |
| **Ki Soo Kang**<br>**11960 Thurloe Drive**<br>**Lutherville, MD 21093** | | | **Class A member** |
| **Kristina Chung and Yan Fiorini**<br>**251 South Pickett Street, #301**<br>**Alexandria, VA 22304** | | | **Class A member** |
| **KS, LLC**<br>**1144 Camino Vallecity**<br>**Lafayette, CA 94549** | | | **Class A member** |
| **Kuei-Te Chang and Heng-Li Wu**<br>**12618 Lloydminster Drive**<br>**Gaithersburg, MD 20878** | | | **Class A member** |
| **Kwang Bag Lee and Helena Hyun Lee**<br>**13327 Ridgewood Drive**<br>**Ellicott City, MD 21042** | | | **Class A member** |
| **Kwen Lee Cheung**<br>**6369 Livingston Road**<br>**Oxon Hill, MD 20745** | | | **Class A member** |
| **L&M Investment, LLC**<br>**202 East Ridgely Road**<br>**Lutherville, MD 21093** | | | **Class A member** |
| **Lai Wa Lam**<br>**14609 Donegal Court**<br>**Bowie, MD 20721** | | | **Class A member** |

Sheet __2__ of __5__ continuation sheets attached to the List of Equity Security Holders

In re  **207 Redwood LLC**, Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lang D. Luu**<br>**6104 Joybrook Road**<br>**Duluth, GA 30097** | | | **Class A member** |
| **Li Chun Cheung**<br>**6268 Martin Road**<br>**Columbia, MD 21044** | | | **Class A member** |
| **Me Tin Cheung**<br>**6324 Locust Tree Lane**<br>**Alexandria, VA 22312** | | | **Class A member** |
| **Mi Young Kim**<br>**11610 Georgetown Court**<br>**Potomac, MD 20854** | | | **Class A member** |
| **Michael W. Om and Theresa Om**<br>**8313 Fox Run**<br>**Potomac, MD 20854** | | | **Class A member** |
| **Min Duan Zheng**<br>**14609 Donegal Court**<br>**Bowie, MD 20721** | | | **Class A member** |
| **Myoung Hee Yeo**<br>**10517 Acacia Lane**<br>**Fairfax, VA 22032** | | | **Class A member** |
| **Paul Chan**<br>**6413 Horseshoe Road**<br>**Temple Hills, MD 20748** | | | **Class A member** |
| **Ping Huang and Ming Liu**<br>**14702 Yearling Terrace**<br>**Rockville, MD 20850** | | | **Class A member** |
| **Robert W. Phillips**<br>**4902 Arlington Boulevard**<br>**Arlington, VA 22204** | | | **Class A member** |
| **Ronnie Y. Na and Jeong Na**<br>**5649 Roundtree Lane**<br>**Columbia, MD 21045** | | | **Class A member** |
| **Serafin Rodriguez and Win Joy**<br>**6314 Hollins Drive**<br>**Bethesda, MD 20817** | | | **Class A member** |
| **Sherry S. Ho**<br>**6309 Velvet Path**<br>**Columbia, MD 21044** | | | **Class A member** |

Sheet __3__ of __5__ continuation sheets attached to the List of Equity Security Holders

In re   **207 Redwood LLC**                                                    ,   Case No. _____
                                           Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sid W. Foulger**<br>**11733 Lehavre Drive**<br>**Potomac, MD 20854** | | | **Class A member** |
| **Siu Loong Cheung**<br>**1308 McLean Crest Court**<br>**Mc Lean, VA 22101** | | | **Class A member** |
| **Steven Cheung**<br>**6413 Horseshoe Road**<br>**Clinton, MD 20735** | | | **Class A member** |
| **Sui Ling Wong**<br>**1018 Heartfields Drive**<br>**Silver Spring, MD 20904** | | | **Class A member** |
| **Sung Y. Lee**<br>**803 Grace Meadow Court**<br>**Great Falls, VA 22066** | | | **Class A member** |
| **The New World Press Inc.**<br>**15209 Frederick Road, #208**<br>**Rockville, MD 20850** | | | **Class A member** |
| **Tom Cheng and Shuyan Cheng**<br>**108 Bates Avenue**<br>**Gaithersburg, MD 20877** | | | **Class A member** |
| **Tri Phan**<br>**1308 McLean Crest Court**<br>**Mc Lean, VA 22101** | | | **Class A member** |
| **Tung Chan**<br>**14609 Donegal Court**<br>**Bowie, MD 20721** | | | **Class A member** |
| **Tung Chan**<br>**14609 Donegal Court**<br>**Bowie, MD 20721** | | | **Class A member** |
| **Weiguo Zhou and Namei Huang**<br>**8234 Ironclad Court**<br>**Gaithersburg, MD 20877** | | | **Class A member** |
| **Wen Rong Chen and Jia Li Chen**<br>**14110 Silent Wood Way**<br>**Gaithersburg, MD 20878** | | | **Class A member** |
| **Yen Pin Chang**<br>**39 Timber Roch Road**<br>**Gaithersburg, MD 20878** | | | **Class A member** |

Sheet   **4**   of   **5**   continuation sheets attached to the List of Equity Security Holders

In re   **207 Redwood LLC**                                ,   Case No. _____
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Young Jo Kim**<br>**485 Harborside Street, Unit 507**<br>**Woodbridge, VA 22191** | | | **Class A member** |
| **Young Un Pak**<br>**6533 Limerick Court**<br>**Clarksville, MD 21029** | | | **Class A member** |
| **Z. Charles Ying and Jane G. Zhu**<br>**18513 Black Kettle Drive**<br>**Boyds, MD 20841** | | | **Class A member** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the on behalf of 207 Redwood Management LLC, Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 6, 2010**                    Signature **/s/ Annie Kim**
                                                        **Annie Kim**
                                                        **on behalf of 207 Redwood Management LLC, Managing M**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Sheet **5** of **5** continuation sheets attached to the List of Equity Security Holders

## United States Bankruptcy Court
### District of Maryland

In re  **207 Redwood LLC**
Debtor(s)

Case No.
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Annie Kim**, declare under penalty of perjury that I am the **on behalf of 207 Redwood Management LLC, Managing Member** of **207 Redwood LLC,** and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 6th day of August 2010.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Annie Kim, on behalf of 207 Redwood Management LLC, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Annie Kim, on behalf of 207 Redwood Management LLC, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Annie Kim, on behalf of 207 Redwood Management LLC, Managing Member** of this Corporation is authorized and directed to employ **James A. Vidmar 00271**, attorney and the law firm of **Logan, Yumkas, Vidmar & Sweeney, LLC** to represent the corporation in such bankruptcy case."

Date **August 6, 2010**

Signed **/s/ Annie Kim**
**Annie Kim**